**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts Southern
District of Texas
FILED

*March 29, 2023*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.2450001010 1010** |
| | § | |
| | § | **4:23cv1205** |
| **Cameron Nwosu-Bey** | § | |
| **Aggrieved Respondent.** | § | |

<u>**NOTICE OF REMOVAL**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

    1.    Aggrieved Respondent, **Cameron Nwosu-Bey** El ex rel **CAMERON NWOSU-BEY** (ESTATE), by its Authorized Representative, respectfully shows this Court:

    2.    On March, 17 2023, **Cause No. 245000101010** was commenced against Aggrieved Respondent in the County Criminal Court At Law Number 2 HARRIS COUNTY, Texas, and is now pending therein.

    3.    On March 17, 2023, **Cameron Nwosu-Bey** (ESTATE) was served with Plaintiff's Original Petition in the above-entitled action.

    4.    As of the date of this filing, the following pleadings have been filed in the state court action in addition to the Plaintiff's petition: special appearance,[include all other documents filed]. Copies of all process, pleadings and orders served upon **Cameron Nwosu-Bey** (ESTATE) in the above-entitled action are attached hereto as Exhibits A, and filed herewith.

    5.    This Court has jurisdiction of the above-entitled action pursuant to U.S. Constitution Article III (three) ; and 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

I

6.      This court shall take mandatory Judicial Notice of the adjudged decision of the

Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871), 351,352 that officers

of the court have no immunity when they have no jurisdiction over the subject-matter. And further

in Bradley v Fisher on page 352 and 352 is as follows:

"Where there is clearly no jurisdiction over the subject matter any authority exercised is a

usurped authority, and for the exercise of such authority, when the want of jurisdiction is known

to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

7.      A jury demand has been made in **Cause No. 245000101010.**

8.      This notice is filed with this Court within 365 days after service on CAMERON

NWOSU-BEY (ESTATE) of Plaintiff's Original Petition in the above-entitled action.

        WHEREFORE, Defendant prays that the above-entitled action be removed from the

**COUNTY CRIMINAL COURT AT LAW NUMBER 2 HARRIS COUNTY, TEXAS** to this
Court.

                              Respectfully submitted,

                              **Cameron Nwosu-Bey**

                              By:   _Cameron Nwosu-Bey_

                                    ALL RIGHTS RESERVED UCC 1-308
                                    E-Mail: nwosucameron@gmail.com
                                    In care of 4319 Brandemere Way
                                    Houston, Texas Republic [77066]
                                    Authorized Representative
                                    Cameron Nwosu-Bey (ESTATE)

2

## **CERTIFICATE OF SERVICE**

a.   I certify that on March 20, 2023, a true and correct copy of
Defendant's Notice of Removal was served by personal delivery on
Mick Sellergren at P.O. Box 61010 Houston, TX 77208 Houston,
TX 77208 515 Rusk, Room 1217

ALL RIGHTS RESERVED UCC 1-308