United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-01205 |
| CAMERON NWOSU-BEY, | § § § | |
| Defendant. | § § | |

## ORDER

This case was removed from County Criminal Court at Law Number 2 on March 29, 2023. Doc. #1. On April 28, 2023, Defendant Cameron Nwosu-Bey ("Defendant") filed Harris County's Motion to Dismiss the criminal proceedings against him. Doc. #5. On July 21, 2023, the Court held an initial scheduling conference from which both parties were absent. The Court then entered an Order setting a show cause hearing for the morning of August 18, 2023. Neither party was present at the show cause hearing.

Under Rule 41(b), a court may dismiss an action without a motion from either party if a plaintiff fails to prosecute. FED. R. CIV. P. 41(b); *United States v. Amieva-Rodriguez*, 905 F.3d 288, 289 (5th Cir. 2018). Accordingly, this case is DISMISSED with PREJUDICE for want of prosecution.

It is so ORDERED.

AUG 2 1 2023
Date

The Honorable Alfred H. Bennett
United States District Judge